**Fill in this information to identify the case:**

Debtor 1 __CHENNEL DA BREED aka CHENNEL DA- BREED__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__  District of __California__
(State)

Case number __18-25642-B-13__

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 6  3  6  9

**Date of payment change:**
Must be at least 21 days after date of this notice    05 / 01 / 2020

**New total payment:**  $ 1,358.74
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [X] No
   [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   [ ] No
   [X] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 2.000 %    New interest rate: 3.000 %

   Current principal and interest payment: $ 676.57    New principal and interest payment: $ 786.02

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No
   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1    CHENNEL DA BREED aka CHENNEL DA- BREED      Case number (if known) 18-25642-B-13
           First Name     Middle Name     Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

❏ I am the creditor

❏ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ CASSANDRA J. RICHEY      Date 03 / 24 / 2020
   Signature

Print:    CASSANDRA J.     RICHEY      Title ATTORNEY FOR CREDITOR
       First Name    Middle Name    Last Name

Company    BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Address    3990 E. CONCOURS STREET SUITE 350
           Number     Street

           ONTARIO, CALIFORNIA 91764
           City     State     ZIP Code

Contact phone ( 626 ) 371- 7020      Email EDCAECF@BDFGROUP.COM

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2020, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

                          Respectfully submitted,

                          BARRETT DAFFIN FRAPPIER
                          TREDER & WEISS, LLP

BY: /s/ CASSANDRA J. RICHEY            03/24/2020
           CASSANDRA J. RICHEY
           CA NO. 155721
           BARRETT DAFFIN FRAPPIER TREDER &
           WEISS, LLP
           3990 E. CONCOURS STREET SUITE 350
           ONTARIO, CA 91764
           Phone: (626) 371-7020, Fax: (972) 661-7725
           E-mail: EDCAECF@BDFGROUP.COM
           ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
CHENNEL DA BREED
8899 GREAT ROCK CIRCLE
SACRAMENTO, CA 95829

CHENNEL DA BREED
8899 GREAT ROCK CIR
SACRAMENTO, CA 95829

**DEBTOR'S ATTORNEY:**
JASMIN T. NGUYEN
PO BOX 582562
ELK GROVE, CA 95758

**TRUSTEE:**
RUSSELL D. GREER
P.O. BOX 3051
MODESTO, CA 95353-3051



March 18, 2020

Jasmin T. Nguyen
PO Box 582562
Elk Grove, CA 95758

RE:  Caliber Account Number: ██████
     Property Address:  8899 Great Rock Cir
                        Sacramento, Ca 95829

## Changes to Your Mortgage Interest Rate and Payments on May 01, 2020

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 12-month period during which your interest rate stayed the same, with all subsequent interest rate changes occurring every 012 months thereafter. The next adjustment date is on 04/01/2021, so on that date your interest rate and mortgage payment change. After that, your Interest rate may change every 012 months for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 2.00000 % | 3.00000 % |
| Principal and Interest | $676.57 | $786.02 |
| Escrow | $572.72 | $572.72 |
| **Total Monthly Payment** | **$1,249.29** | **$1,358.74** |

If the total monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable), these payments may be adjusted periodically in accordance with applicable law.  The amounts shown above are based on current data.

If you are continuing to experience a hardship, please contact Caliber Home Loans in order to assess your current situation and propose solutions. You may reach us directly by calling 800-621-1437. Our business hours are 8 a.m. to 9 p.m., Central Time, Monday through Thursday; 8 a.m. to 7 p.m., Central Time, Friday; and 7 a.m. to 4 p.m., Central Time on Saturday.  You may also visit our website at caliberhomeloans.com for additional information.

Sincerely,

Caliber Home Loans Inc.

If you need financial counseling, you may obtain a list of HUD-approved nonprofit counseling organizations by calling 1-800-569-4287 or by visiting www.hud.gov/findacounsler.

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**